# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Ryan Anthony AHERAN<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 6:24-mj- 2114<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 1, 2024__ in the county of __Orange__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1708 | Mail theft |

This criminal complaint is based on these facts:

See affidavit.

☑ Continued on the attached sheet.

Sworn to before me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 41(d).

*Complainant's signature*

Jeffrey Starnes, United States Postal Inspector
*Printed name and title*

Date: October 23, 2024

City and state:   Orlando, FL

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

STATE OF FLORIDA                                     Case No. 6:24-mj- 2114

COUNTY OF ORANGE

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jeffrey Starnes, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been since 2016. Prior to my employment with the USPIS, I was a Special Agent with the United States Secret Service ("USSS") from 2005 to 2015. In my capacity as a United States Postal Inspector, I investigate allegations of fraud, theft, robberies, burglaries, and briberies involving the use of the United States mail and crimes against United States Postal Service ("USPS") employees.

2. As a United States Postal Inspector and previously as a Special Agent for the USSS, I have gained training and experience investigating mail fraud, wire fraud, bank fraud, identity theft, credit card fraud, counterfeit securities and currency, false identification documents, and other types of fraud. Additionally, I have participated in search and seizure operations dealing with the foregoing criminal offenses.

## PURPOSE OF AFFIDAVIT

3. I make this affidavit to establish probable cause in support of criminal complaint against Ryan Anthony AHERAN for mail theft, in violation of 18 U.S.C.

§ 1708.

4. The information in this affidavit is based upon my personal knowledge, information obtained from other law enforcement personnel, and information obtained from corporate investigators. The information set forth in this affidavit is provided solely for the purpose of establishing probable cause for the issuance of a criminal complaint. Because this affidavit is submitted for the limited purpose of establishing such probable cause, it does not include all the details of this investigation known to me.

## FACTUAL BASIS

### *Mail Theft – Early 2024*

5. Between early 2024 through early May 2024, Postal Inspectors received multiple complaints from business owners at 8600 Commodity Circle, Orlando, Florida. The business owners stated mail had been stolen on multiple occasions from their locked USPS mailboxes. Postal Inspectors confirmed the mailboxes, USPS neighborhood delivery collection box units (also known as cluster boxes), were not broken into and had not been damaged.

6. Due to the mailboxes being intact with no damage, the suspects stealing the mail likely had a USPS arrow key.[1] Below is a picture of an USPS arrow key:

---

[1] Arrow keys are USPS proprietary keys that are serialized. They grant access to various types of mail collection receptacles usually for a specific zip code(s) that make up a geographic area. No person outside of the USPS is authorized to be in possession of an arrow key.



7. Due to receiving multiple reports of theft from this location, Postal Inspectors placed a tracking device inside one of the locked mailboxes at 8600 Commodity Circle (the above-mentioned address with reports of mail theft).

*Mail Theft – October 1, 2024*

8. On October 1, 2024, I received an alert from the tracking device at approximately 4:07 a.m. The tracker was moving from its location at 8600 Commodity Circle. I began watching the tracker, which updates every few seconds with the approximate location and its speed of travel.

9. I then contacted the Orange County Sheriff's Office ("OCSO") to identify the location of the tracker and the vehicle that was transporting it. The tracker was traveling east on Colonial Drive and traveled on multiple side streets. I was able to relay this information to OCSO deputies. Based on the time of day and the turns indicated by the tracker, the deputies located a vehicle that was traveling consistent with the tracker (the "Target Vehicle") and began to follow it. Shortly after, the Target Vehicle fled at a high rate of speed. According to the data from the

tracker at that time, the tracker traveled at 98 mph. This corroborated the belief that the tracker was located inside the Target Vehicle.

10. I was able to follow the tracker (and therefore the Target Vehicle containing the tracker) and relay the information to the OCSO deputies. The Target Vehicle eventually stopped in a neighborhood and parked on the street. The approximate address where the vehicle parked is 8209 Wescott Shore Drive, Orlando, Florida. This address is not directly off a major road; it is tucked away, making it possible the driver of the Target Vehicle was familiar with the area.

11. OCSO deputies drove by the parked Target Vehicle but did not see anybody inside. One of the deputies then noticed that a 911 call came in minutes before from a concerned citizen in reference to a suspicious individual on the same street as the Target Vehicle. After arriving on scene, deputies spoke to another neighbor who was out walking. The neighbor stated they saw a male individual running back and forth between houses and on the street. The neighbor saw the male individual discard something on the ground, which was possibly a piece of clothing. Deputies then discovered a black ski mask on the ground.

12. OCSO deputies went back to the mailboxes at 8600 Commodity Circle and observed that the mailboxes were locked with no damage.

13. I arrived at the scene of the Target Vehicle and was briefed by OCSO deputies. In plain view by looking through the windows, I observed multiple packages in various locations in the Target Vehicle. I could visibly see the address on one of the packages on the front passenger seat: 8803 Futures Drive, Orlando,

Florida. That address is approximately 0.4 miles from the 8600 Commodity Circle address. This location also has locked mailboxes. The same arrow key could open mailboxes at both locations.

14. The front passenger seat also had more mail, turned upside down so the addresses were not visible, and a box of latex gloves. There were also multiple trash bags appearing to have contents inside the Target Vehicle.

*Additional Recent Mail Thefts in the Same Area*

15. I spoke to other Postal Inspectors in my office. Additional mail thefts have been recently discovered in neighborhoods within two miles of where the Target Vehicle parked. The neighborhoods had similar USPS locked mailboxes that require a USPS arrow key—the same key that could have been used to open mailboxes on Commodity Circle. At the end of September, the following neighborhood locations reported mail theft:

    a. 9/24/2024 – 7061 Lake Carlisle Blvd.

    b. 9/24/2024 – 6560 Lake Pembroke Pl.

    c. 9/24/2024 – 7344 Chelsea Harbour Dr.

    d. 9/25/2024 – 8400 Port Lancashire Dr. (same neighborhood as parked Target Vehicle)

    e. 9/25/2024 – Intersection of Chelsea Harbour Dr. and Currituck Sound Ln.

    f. 9/30/2024 – 8779 Currituck Sound Ln.

### *Identification of AHERAN – Prior Investigation*

16. AHERAN has been involved in prior incidents being investigated by the Postal Inspectors. In November 2023, a business victim in Orlando reported their check in the amount of $9,500 was stolen from their outgoing mail in their USPS cluster box. In summary, the check was being mailed to a vendor for payment of services. The check was stolen, altered to a different payee, and then deposited into an account on November 8, 2023 at a Navy Federal Credit Union branch located at 11890 East Colonial Drive, Orlando, Florida.

17. Navy Federal Credit Union provided surveillance video of the transaction showing AHERAN as the person depositing the stolen check. Video also depicted AHERAN driving a red Hyundai with the license tag visible, which was registered to AHERAN's girlfriend.

18. In December 2023, Postal Inspectors were notified by local police regarding a source of information who knew AHERAN. The source told investigators they have stolen mail with AHERAN and that AHERAN had a USPS arrow key. Additionally, the source had possession of a bag of stolen mail. Investigators retrieved the stolen mail with the source's consent.

19. Forensic analysis was conducted by the USPIS forensics lab in Dulles, Virginia on that mail. Fingerprint analysis identified AHERAN's fingerprints on two pieces of the stolen mail.

*Identification of AHERAN – October 1, 2024 Incident*

20. I contacted the owner of the Target Vehicle who confirmed it was used for their rental car business. The owner provided documentation showing the renter was AHERAN's mother. The vehicle was rented on September 2, 2024, and was scheduled to be returned on October 4, 2024.

21. On October 1, 2024, a search warrant was issued for the Target Vehicle by the United States District Court for the Middle District of Florida in Case No. 6:24-mj-2034.

22. That same day, Postal Inspectors executed the warrant. Items of evidence obtained from the Target Vehicle include over 1,000 pieces of mail from Orlando victims in multiple zip codes, a box of latex gloves, a box of trash bags, two USPS keys used for opening the package compartments of USPS cluster boxes, and a receipt from Dick's Sporting Goods dated September 29, 2024. The receipt was located loose in the trunk.

23. There were four trash bags containing stolen mail inside the vehicle: three of these were located in the trunk, and one of them was located in the back seat. Most of the stolen mail was inside trash bags, which appear to match the trash bags in the box of trash bags inside the Target Vehicle. However, there were also loose pieces of stolen mail located on the passenger seat.

24. Notably, based on a review of the addresses on the mail located in the Target Vehicle, the same stolen arrow key could have been used to steal mail from USPS mailboxes serving all the victim addresses.

25. Dick's Sporting Goods provided documentation matching the transaction on the receipt located inside the trunk of the Target Vehicle as well as relevant surveillance footage. The video was reviewed by a law enforcement officer who has seen AHERAN and AHERAN's girlfriend many times during law enforcement operations. The law enforcement officer confirmed the two people in the video making the purchase memorialized by the receipt were AHERAN and his girlfriend. Additionally, the receipt showed a rewards card number on it, which was associated with an account under the name of AHERAN's girlfriend. The video shows the clerk handing the receipt to AHERAN.

26. Fingerprint analysis is being conducted by the USPIS forensics lab in Dulles, Virginia. Preliminary analysis to date has identified AHERAN's fingerprints on the receipt from the trunk, the box of trash bags, and a piece of stolen mail that was opened, which was located inside one of the trash bags in the trunk of the Target Vehicle.

## CONCLUSION

27. Based on the foregoing, I submit there is probable cause that on or about October 1, 2024, AHERAN stole mail, in violation of 18 U.S.C. § 1708.

Respectfully submitted,

*Jeffrey Starnes*

Inspector Jeffrey Starnes
United States Postal Inspection Service

Affidavit submitted by email and attested to me as true and accurate via Zoom/video conferencing consistent with Fed. R. Crim. P. 4.1 and 41(d)(3), this __23rd__ day of October, 2024.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY: TiffanyPalmer